FILED

03/11/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0584

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0584

_____

STATE OF MONTANA,

    Plaintiff and Appellee,

v.                                                                O R D E R

NICK LENIER WILSON,

    Defendant and Appellant.

_____

Appellant Nick Lenier Wilson was granted an extension of time to file and serve Appellant's opening brief on or before March 3, 2021. The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file and serve the opening brief on appeal no later than March 31, 2021. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 11 2021